Rosen, Kantrow & Dillon, PLLC
Attorneys for Allan B. Mendelsohn, Trustee
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow
Nico G. Pizzo

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | RETURN DATE: **1/8/19**<br>TIME: **10:00 a.m.** |

-----------------------------------------------------------x

In re:

DONALD E. REIHER, and
ROSE E. REIHER,

                              Debtors.

Case No.: 18-75096-las

Chapter 7

-----------------------------------------------------------x

## NOTICE OF APPLICATION FOR RETENTION OF
## BK GLOBAL AS BROKER FOR CHAPTER 7 TRUSTEE

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, the chapter 7 trustee herein (the "Trustee"), by and through his counsel, Rosen, Kantrow & Dillon, PLLC, shall move before the Hon. Louis A. Scarcella, United States Bankruptcy Judge, on **JANUARY 8, 2019 at 10:00 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, authorizing the Trustee to retain broker, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 970.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the application, must be in writing and must be served upon the Trustee; his counsel, Rosen, Kantrow & Dillon, PLLC, 38 New Street, Huntington, New York 11743 to the attention of Fred S. Kantrow, Esq.; and the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722 to the attention of Alfred M. Dimino, Esq.; with a hard copy directed to the Court; and must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest,

on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, by not later than **JANUARY 2, 2019.**

        **PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: Huntington, New York
       November 26, 2018

                              Rosen, Kantrow & Dillon, PLLC
                              *Counsel to the Trustee*

             BY:    <u>S/Fred S. Kantrow</u>
                        Fred S. Kantrow
                        38 New Street
                        Huntington, New York 11743
                        631 423 8527
                        fkantrow@rkdlawfirm.com